IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| V. : | CRIMINAL NUMBER 20-063-1 |
| : | |
| JONATHAN NYCE : | |

### O R D E R

**AND NOW,** this _____ day of _____, 2022, upon consideration of the Defendant's Motion for Continuance of Trial and to Reset Deadlines, it is hereby **ORDERED** that the motion is **GRANTED**.   The Court finds that the parties need additional time to determine whether a non-trial disposition can be negotiated and, if not, the defense needs more time to prepare for trial, and the defendant to recover from serious illnesses.   Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Trial in this matter shall begin on the _____ day of _____, 2023.

BY THE COURT:

_____
THE HONORABLE WENDY BEETLESTONE
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NUMBER 20-063-1 |
| | : | |
| JONATHAN NYCE | : | |

### DEFENDANT'S RESPONSE TO GOVERNMENT OPPOSITION TO HIS MOTION FOR CONTINUANCE OF TRIAL

Jonathan Nyce, pro se defendant in this case, responds to the Government application.

Government should have made all discovery available to defendant long ago. Receipt of this new material requires time for inclusion into defendant's defense strategy. Not to have provided all discovery until now, it is respectfully submitted, is clearly an attempt to overwhelm a pro se defendant.

Defendant, who will be 73 in May, has serious, life-threatening health issues, as stated in his motion. That he suffered a near fatal aortic dissection, and an inflammatory bowel reaction that required removal of almost half of his colon, are established in his health records, which defendant has offered to make available to the Court.

Defendant wishes this matter to be over, too, but cannot proceed until he (1) absorbs the new discovery supplied by the Government; (2) subpoenas his witnesses; and (3) is in better health. It is respectfully submitted that, since the Government seizure of his research materials in June of 2016 did not prompt an indictment until 2019, a continuance of 90 days, for the reasons noted above, is entirely reasonable.

**WHEREFORE,** for the foregoing reasons, the defense respectfully requests that the above motions be granted.

Respectfully submitted,

Jonathan W Nyce, PhD, pro se

Digitally signed by Jonathan W Nyce
Date: 2022.09.07 11:23:15 -04'00'

## **CERTIFICATE OF SERVICE**

      I, Jonathan Nyce, pro se Defendant in this case, hereby certify that I filed the attached Defendant's Motion for Continuance of Trial and to Reset Deadlines via the Court's Electronic Filing (ECF) system, which sent notification to Christopher E. Parisi, Assistant United States Attorney, Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania 19106, via his email address Christopher.Parisi@usdoj.gov.

| | |
|---|---|
| **From:** | Jonathan Nyce <nyce.jonathan@acgt.us> |
| **Sent:** | Wednesday, September 7, 2022 11:31 AM |
| **To:** | PAED Documents |
| **Subject:** | Defendant Dr. Nyce Response to Government Opposition to his Motion for Continuance |
| **Attachments:** | DR NYCE RESPONSE TO GOVERNMENT OPPOSITION TO HIS MOTION FOR CONTINUANCE.pdf |

**CAUTION - EXTERNAL:**

Dear Sir or Madam:
Please document this response of Dr. Nyce to government's application for Judge Beetlestone to deny his motion for continuance.
Thank you.
Sincerely,
Dr. Jonathan Nyce
Sent from Mail for Windows

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.