## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | | **CRIMINAL ACTION** |
| | | **NO.  20-063** |
| **v.** | | |
| **JONATHAN NYCE** | | |

## O R D E R

AND NOW, this 9th day of September 2022, upon consideration of pro se Defendant Jonathan Nyce's Motion for Continuance of Trial (ECF Nos. 64 and 66) and the Government's Response thereto (ECF No. 65), it is hereby **ORDERED** that the motion is **GRANTED**.

**WHEREFORE**, in accordance with 18 U.S.C. § 3161(h)(7)(A), (B) the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and, therefore, orders this case continued.

**IT IS FURTHER ORDERED** as follows:

1.      A hearing on all motions, including motions to suppress and *Starks* or *Daubert* motions, will be held at 2:00 P.M. on December 8, 2022, in Courtroom 10-A, U.S. Courthouse – Philadelphia, Pennsylvania.

2.      In the event a party intends to call an expert witness at trial, the party shall deliver to the opposing party the experts curriculum vitae and the expert report no later than December 5, 2022.

3.      Jury Trial is **SPECIALLY-LISTED** to commence at 9:00 AM on December 19, 2022, in Courtroom 10-A, U.S. Courthouse – Philadelphia, Pennsylvania.

4.       Trial counsel are attached for the motions hearing and the trial.

BY THE COURT:


*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.,**